**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv349**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL L. BURNS,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **CONSENT JUDGMENT** |

**THIS MATTER** is before the Court on the Consent Judgment of the parties.

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of the Plaintiff, the United States of America, and against the Defendant, Michael L. Burns, in the amount of Twenty-Eight Thousand Nine Hundred Eleven Dollars and Eighty-seven Cents ($28,911.87), as of August 31, 2009, for unpaid federal employment taxes and statutory additions to tax for the tax periods ended on June 30, 1999, September 30, 1999, December 31, 1999, March 31, 2000, and June 30, 2000, plus statutory additions accruing after August 31, 2009 according to law until fully paid.

ANNE TOMPKINS
United States Attorney

JOHN A. DiCICCO
Acting Assistant Attorney General

| /s/Joseph A. Ferikes | /s/ Christopher J. Williamson |
|---|---|
| JOSEPH A. FERIKES<br>Ferikes & Bleynat, PLLC<br>21 Broad Street<br>Asheville, NC 28801<br>Ph: (828) 251-1588<br>Email: josephferikes@charter.net<br><br>*Counsel for Michael L. Burns* | CHRISTOPHER J. WILLIAMSON<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Ph.: (202) 307-2250 \| Fax: (202) 514-6866<br>Email:<br>Christopher.J.Williamson@usdoj.gov<br><br>*Counsel for the United States* |

Signed: October 19, 2010

Martin Reidinger
United States District Judge